IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREEDOM HEALTHCARE PROPERTIES OF TEXAS, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-00789-N |
| ADDICTION CAMPUSES OF TEXAS, LLC, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this same date, the Court entered its Findings of Fact and Conclusions of Law in which the Court determined that Plaintiff Freedom Healthcare Properties of Texas, LLC ("FHP") failed to meet its burden of proof on its sole claim for forcible detainer. It is, therefore, ordered that FHP take nothing on its forcible detainer claim. Court costs are taxed against FHP. All relief not expressly granted is denied. This is a final judgment.

Signed April 21, 2025.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE